UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR,

    Plaintiff,

v.

UNITED STATES OF AMERICA, *et al.*,

    Defendants.

Case No. C12-866-MJP

**ORDER OF DISMISSAL**

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, Plaintiff's objections, and the remaining record, finds and **ORDERS** as follows:

1. The Report and Recommendation is **ADOPTED**;

2. Plaintiff's application to proceed *in forma pauperis* (Dkt. 4) is **DENIED**;

3. This matter is **DISMISSED** with prejudice for lack of a case or controversy, failure to state a claim upon which relief may be granted, and frivolousness, *see* U.S. Const., art. III, § 2, cl. 1; *Muskrat v. United States*, 219 U.S. 346 (1911); 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b)(1); and

4. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 23rd day of July, 2012.

    Marsha J. Pechman
    United States District Judge

ORDER OF DISMISSAL - 1